CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 5 2007

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVIE JUSTUS,　　　　　) | |
| 　　　Plaintiffs,　　　　　) | Civil Action No. 7:06CV00753 |
| 　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　) | **FINAL ORDER** |
| 　　　　　　　　　　　　　) | |
| SOUTHWEST VIRGINIA REGIONAL ) | By: Hon. Glen E. Conrad |
| JAIL AUTHORITY, et al.,　　 ) | United States District Judge |
| 　　　Defendants.　　　　　) | |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This  5th  day of January, 2007.

_____
United States District Judge

Dockets.Justia.com